## STANBON *v.* FURBER.

---

This case is governed by the decision of the Court in *Stanbon* v. *Howe*, ante, 418.

No. 609.   Patent Appeals.   Submitted January 13, 1910.   Decided February 1, 1910.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case.                    *Reversed.*

The facts are stated in the opinion.

*Mr. Frederick L. Emery* and *Mr. Laurence A. Janney* for the appellant.

*Mr. A. D. Salinger* and *Mr. Horace A. Dodge* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

Counsel stipulated that this case involved the same question

and the same testimony as was involved in case No. 607 [ante, 418], and that the decision in that case should be binding in this. The decision will therefore be reversed and priority awarded Stanbon.

The clerk will certify the same as by law required.

*Reversed.*